IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ANNE WOLF | § | |
| v. | § | CIVIL ACTION NO. 6:11-CV-424 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |
| | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the action be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of the manifestation of Plaintiff's "mild" mental impairment limitations and their effect on her RFC. Further, that Plaintiff should be free to raise the issue of consultative examiner Dr. Reams' medical opinion on remand. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court. In light of the foregoing, it is

**ORDERED** that the complaint is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for further consideration consistent with the

findings above. It is further

    **ORDERED** that any motion not previously ruled on is **DENIED**.

  **It is SO ORDERED.**

  **SIGNED this 7th day of January, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE